U.S. DISTRICT COURT
NORTHERN DISTRICT
(CLASS ACTION)

FILED
FEB 13 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

CV 18 915 YGR

STEVE GARRISON,
MARTY ESTRADA ET AL,
              v.
PRESIDENT DONALD TRUMP,
U.S. DIST. JUDGE YVONNA
GONZALES ROGERS, FDA,
(REGULATING PSYCH MEDS
TO NORMAL PEOPLE AGAINST
THEIR WILL) - ET AL
OFFICIAL AND INDIVIDUAL
CAPACITY
       DEFENDANTS

CASE #
(42 USC 1983)
Sell violation,
Cunningham also,
8TH AMEND (1-14)
US CON violation
22 USC 7102
(HUMAN TRAFFICING)
RICO ACT,
AND A Cal 186.1
violation.

(Bill of Attainder)
Yick Wo violation

1. Cause For Action:
42 USC 1983 States "Every Person" to which include The President, And Judge Rogers, Both are guilty of Human Trafficing, under 22 USC 7102, And The FDA as Also allowed The State To Subscribe Psych Meds To People who are Not Sexual/Sex Predators, as was The means To (For Such) Castrate and Sterilize men And

Women, And Judge Manley Has Forced All in His Court Room Either Take Them, or Stay in Jail, under The Lanterman-Petris Act, sec 5002, It Says "Can't Be As- Mentally Ill or Addicts-Judically Committed", So That's Outright Human Trafficking Against All Defendants And President Trump is Guilty of Violating The Congress Enacted Personal Responsibility And Work Opportunity Reconciliation Act, or The PRA, For His "Bill of Attainder" of The Immigration laws, So Thereto As of Yick wo v. Hopkins 118 U.S. 356 (1886), And League of United Latin American Citizens v. Pete Wilson 997 F. Supp 1244 1997, So Far, He's guilty.

And Sell v. U.S., The FDA Has not Properly Has Regulated The Control of Psych Meds, To Which Can Be Fatal, And Plaintiff Steve Garrison was Forced under Duress To Do So By Judge Manley And As of 2-2-18, The Plaintiff Has Been in Illegal (Jail) Custody Off And on For Almost 3 Years on A Infraction, And That's Human Trafficking And A Rico Act

2.

3. Conviction, And Judge Rogers is also guilty of violating FRCP4, And Also Should Be Considered For The Cold Hatred Disregard For Humanity For Never Ever Issueing a Summons in None of My Prior Cases, Even in 2013 Garrison v. Davila F. Supp 2D (2014), To which Could of Prevented The Out Right Murder Of Michael Tyree By The Defendants, The Santa Clara Sheriffs Department.

2. In Conclusion To.
Judge Rogers Need To Be not only Disqualified But Investigated For Her Illegal Rulings That Caused The Murder of Michael Tynee, aka The 9th Cir and All Judges That Has not issued Summons Since 2011, over 12 Cases, Acts Of Pure And Blantant Racism, To Which Did in Fact Cost The life Of A White/Mentally Ill man, Michael Tyree.
So The Courts will Be Held very much liable To Human Trafficity, And also The FDA For Allowing

People to be forced psych meds against there will.

The President is guilty of violating Human Rights, and not only should be removed, but placed in Federal Prison for life, He Has already committed a Bill of Attainder and a RICO Act, In Case # CV-17-05104-YGR, By Default, I've already won all of what I did Request in such case.

4.

Please We beg for a State of Emergency, Blacks, Mexicans, Men, Women, Mentally Ill, are Being Victimized By President Trump and Judge Rogers, She should be held liable for Murder also, Will File with The U.S. Judicial Commission.

Date 2-2-18

Steve Garrison
Attorney/Prosecutor
- Marty Estrada -

And I want my attorney fees, as for Back as 2011, And Estrada, 2013.

And Judge Rogers Committed Fed Perjury, For lying in Case# C13-5862 YGR, For Saying Judges Are Immune, not So Per 42 USC 1983, And The Civil Rights Act 2000D7, She is a Disgrace To Humanity —