Steve Garrison
CWX 252
885 N. San Pedro St
San Jose Ca 95110

RECEIVED
FEB 07 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pro-Sec Dept

County Jail
Generated Mail

TO: Office of the Clerk
U.S. District Court
of Northern California
U.S. Magistrate Judge
Laurel Beeler
450 Golden Gate Av
San Francisco Ca 94102

