UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON, et al., <br> Plaintiffs, <br> v. <br> DONALD TRUMP, et al., <br> Defendants. | Case No. 18-cv-00915-JD <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 11 |

Plaintiff, a detainee, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a complete application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice and plaintiff's incomplete IFP application (Docket No. 11) **DENIED**.

**IT IS SO ORDERED.**

Dated: June 21, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD TRUMP, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-00915-JD<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on June 21, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Garrison ID: CWX 252
885 N. San Pedro St.
San Jose, CA 95110

Dated: June 21, 2018

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO